## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**RUTHIE SINGLETON BARNES**                                                           **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO. 3:22-cv-699-HTW-LGI**

**KILOLO KIJAKAZI,**
**COMMISSIONER OF SOCIAL SECURITY**                                   **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation **[Docket No. 14]** of the United States Magistrate Judge LaKeysha Greer Issac. In her Report and Recommendation, filed January 30, 2024, Magistrate Judge Issac recommended that this Court affirm the final decision of the Administrate Law Judge, denying Plaintiff's application for disability benefits. Magistrate Judge Isaac directed the Plaintiff to file any written objections within fourteen (14) days. To date, Plaintiff has not filed any objection.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket No. 14]**, this Court finds it well-taken. The Magistrate Judge found the ALJ applied the correct legal standards, and that substantial evidence supports the ALJ's decision. This Court agrees with the Magistrate Judge as the Order of this Court.

This Order, therefore, hereby adopts the Magistrate Judge's Report and Recommendation [Docket no. 14] as Order of this Court and affirms the Administrative Law Judge's final decision denying Plaintiff's disability benefits.

**SO ORDERED this the <u>16th</u>, day of May 2024.**


                                          **/s/HENRY T. WINGATE      `**
                                          **UNITED STATES DISTRICT JUDGE**